# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHITNEY MULQUEEN, | : | No. 3:13cv1138 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| ENERGY FORCE, LLC, | : | (Magistrate Judge Blewitt) |
| JAMES LONG, T.S. DUDLEY | : | |
| LAND CO. and DIANE LONG, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 14th day of November 2013, it is

**HEREBY ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation (Doc. 38) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Blewitt (Doc. 37) is **ADOPTED**;

3. Defendants' motions to dismiss counts two, three and six of plaintiff's complaint (Docs. 13, 32) are **GRANTED**;

4. Counts two, three and six of plaintiff's complaint are **DISMISSED with PREJUDICE**;

5. Plaintiff's request in her *ad damnum* clause that the court institute criminal proceedings against the defendants is **STRICKEN**; and

6. This case is **REMANDED** to Magistrate Judge Blewitt for further proceedings.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**